Toves.Ind

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez
Hagåtña, Guam 96910-5113
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

ORIGINAL

FILED
DISTRICT COURT OF GUAM
JAN 0 4 2006
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 06-00002 |
| Plaintiff, ) | **INDICTMENT** |
| vs. ) | |
| ANDREW VELASCO. TOVES, ) | POSSESSION OF STOLEN FIREARM [18 U.S.C. 922(j)] |
| Defendant ) | |

THE GRAND JURY CHARGES:

Between 2003, and June, 2005, within the District of Guam, the defendant herein, ANDREW VELASCO TOVES, did unlawfully and knowingly possess, sell, and dispose of a stolen firearm, to-wit: a .22 caliber Winchester Model 9422 Lever-Action Rifle, SN F16078, which had been shipped and transported in interstate commerce, the defendant knowing or

//
//
//
//
//
//

having reasonable cause to believe that the firearm was stolen, in violation of Title 18, United States Code, § 922(j).

Dated this 4th day of January, 2006.

A TRUE BILL.



Foreperson

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

By: /s/ Karon V. Johnson
KARON V. JOHNSON
Assistant U.S. Attorney

Approved:

/s/ Russell C. Stoddard
RUSSELL C. STODDARD
First Assistant U.S. Attorney