# Criminal Case Cover Sheet    U.S. District Court

**Place of Offense:**

City _____Hagåtña_____  **Related Case Information:**   06 - 00002

Country/Parish _____N/A_____
Superseding Indictment _____ Docket Number _____
Same Defendant _____ New Defendant ___X___
Search Warrant Case Number _____
R 20/ R 40 from District of _____

**Defendant Information:**

Juvenile: Yes _____ No __X__   Matter to be sealed: _____ Yes __X__ No

Defendant Name _____Andrew Velasco Toves_____

**RECEIVED**
**JAN 3 2006**
**DISTRICT COURT OF GUAM**
**HAGATNA, GUAM**

Allisas Name _____

Address _____

Birth date __XX/XX/1983__ SS# _____ Sex __M__ Race __PI__ Nationality __U.S.__

**U.S. Attorney Information:**

AUSA __Karon V. Johnson__

**Interpreter:** __X__ No ____ Yes    List language and/or dialect: _____N/A_____

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody
☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: ____1____    ____ Petty ____ Misdemeanor __X__ Felony

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set | 1  18 U.S.C. § 922(j) | POSSESSION OF STOLEN FIREARM | 1 |
| Set | 2 _____ | _____ | _____ |
| Set | 3 _____ | _____ | _____ |
| Set | 4 _____ | _____ | _____ |

(Continued on reverse)

Date: __12/20/05__    Signature of AUSA: _[signature] Karon V Johnson_