

**FILED**
DISTRICT COURT OF GUAM

JAN 05 2006

MARY L.M. MORAN
CLERK OF COURT

# DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>**ANDREW VELASCO TOVES,**<br><br>    Defendant. | CRIMINAL CASE NO. **06-00002**<br><br>**APPOINTMENT ORDER** |

IT IS HEREBY ORDERED that the **FEDERAL PUBLIC DEFENDER** is appointed to represent defendant in the above-entitled case.

Dated this 5th day of January, 2006.

_____
JOAQUIN V.E. MANIBUSAN, Magistrate Judge
U.S. DISTRICT COURT OF GUAM

ORIGINAL