# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

USA,

              Plaintiff,

       vs.

Andrew Velasco Toves,

            Defendant.

Case No. 1:06-cr-00002

**CERTIFICATE OF SERVICE**

The following office(s)/individual(s) acknowledged receipt of the ***Order Setting Conditions of Release filed January 5, 2006***, on the dates indicated below:

| *U.S. Attorney's Office* | *Federal Public Defender* | *U.S. Probation Office* | *U.S. Marshals Service* |
|---|---|---|---|
| *January 6, 2006* | *January 6, 2006* | *January 6, 2006* | *January 6, 2006* |

I, Marilyn B. Alcon, declare under the penalty of perjury that on the above listed date(s) the:

***Order Setting Conditions of Release filed January 5, 2006***

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: January 6, 2006
                                /s/ Marilyn B. Alcon
                                    Deputy Clerk