JOHN T. GORMAN
Federal Public Defender
400 Route 8, Suite 501
Mongmong, Guam 96927
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
ANDREW VELASCO TOVES



**FILED**
DISTRICT COURT OF GUAM
MAR - 1 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 06-00002 |
| Plaintiff, | ) ) | DEFENDANT'S WITNESS LIST |
| vs. | ) ) ) | |
| ANDREW VELASCO TOVES, | ) ) | |
| Defendant. | ) ) | |

Pursuant to the order of this Court, Defendant hereby submits the following list of known possible witnesses for purposes of jury voir dire:

1. All witnesses listed or named by the Government

The above are the only witnesses now known and expected to be presented for the defense. Defendant Andrew Velasco Toves reserves the right to present other witnesses not now

//

**ORIGINAL**

known, but whose identity may become known after or during the presentation of the Government's case in chief.

DATED: Mongmong, Guam, March 1, 2006.

_____
JOHN T. GORMAN
Attorney for Defendant
ANDREW VELASCO TOVES