JOHN T. GORMAN
Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
ANDREW VELASCO TOVES

FILED
DISTRICT COURT OF GUAM
MAR - 1 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 06-00002 |
| | ) | |
| Plaintiff, | ) | DEFENDANT'S PROPOSED VERDICT |
| | ) | FORM |
| vs. | ) | |
| | ) | |
| ANDREW VELASCO TOVES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Pursuant to the Order of the Court, Defendant, ANDREW VELASCO TOVES, submits the following proposed verdict form annexed hereto.

DATED: Mongmong, Guam, March 1, 2006.

JOHN T. GORMAN
Attorney for Defendant
ANDREW VELASCO TOVES

ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) CR 06-00002 |
|---|---|
| Plaintiff, | ) <br> ) DEFENDANT'S PROPOSED VERDICT <br> ) FORM |
| vs. | ) <br> ) |
| ANDREW VELASCO TOVES, | ) <br> ) |
| Defendant. | ) <br> ) |

We, the Jury, in the above-entitled case unanimously find the Defendant, ANDREW VELASCO TOVES:

### COUNT I

Violation of Section 922(j), Title 18, United States Code, Possession of Stolen Firearm:

/ /   NOT GUILTY

/ /   GUILTY

Dated this _____ day of March 1, 2006, at Hagåtña, Guam.

_____
FOREPERSON