JOHN T. GORMAN
Federal Public Defender
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
ANDREW VELASCO TOVES

**FILED**
DISTRICT COURT OF GUAM

MAR - 1 2006 *mbv*

**MARY L.M. MORAN**
**CLERK OF COURT**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR 06-00002 |
| ) | |
| Plaintiff, ) | CERTIFICATE OF SERVICE |
| ) | |
| vs. ) | |
| ) | |
| ANDREW VELASCO TOVES, ) | |
| ) | |
| Defendant. ) | |
| ) | |

I, RENATE DOEHL, hereby certify that a true and exact copy of the jury instructions, voir dire, witness list and verdict forms was duly hand-delivered to the following on March 1, 2006:

> KARON V. JOHNSON
> Assistant United States Attorney
> Sirena Plaza
> 108 Hernan Cortez, Ste. 500
> Hagatna, Guam 96910
>
> Attorney for Plaintiff
> UNITED STATES OF AMERICA

DATED: Mongmong, Guam, March 1, 2006.

_____
RENATE DOEHL
OPERATIONS ADMINISTRATOR