Toves.wit

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for United States of America

**ORIGINAL**

**FILED**
DISTRICT COURT OF GUAM
MAR -1 2006
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ANDREW VELASCO TOVES, ) <br> ) <br> Defendant. ) | CRIMINAL CASE NO. 06-00002 <br><br> **UNITED STATES'** <br> **WITNESS LIST** |

COMES NOW the United States and hereby files with the Court a list of proposed witnesses for purposes of voir dire.

Respectfully submitted this 1st day of March, 2006.

                                                LEONARDO M. RAPADAS
                                              United States Attorney
                                              Districts of Guam and CNMI

                        By:      _____
                                  KARON V. JOHNSON
                                  Assistant U.S. Attorney

## WITNESS LIST

1) Ken Torres
   Special Agent
   Bureau of Alcohol, Tobacco & Firearms

2) John Quintanilla
   Special Agent
   Bureau of Alcohol, Tobacco & Firearms

3) Vanessa M. Castro
   Mai Mai Chalan Pago

4) David Torres
   Mai Mai Chalan Pago

5) Anthony J. Aguon
   Umatac

6) Gene Morrison
   Umatac

7) Gina Morrison
   Department of Education

- i -