Toves.verdict form

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for United States of America

**FILED**
DISTRICT COURT OF GUAM
MAR - 1 2006
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>     Plaintiff,  )<br>  )<br>   vs.  )<br>  )<br>ANDREW VELASCO TOVES,  )<br>  )<br>     Defendant.  ) | CRIMINAL CASE NO. 06-00002<br><br>**UNITED STATES'**<br>**[PROPOSED]**<br>**VERDICT FORM** |

COMES NOW the United States and provides the proposed Verdict Form for use concerning ANDREW VELASCO TOVES.

Respectfully submitted this 1st day of March, 2006.

                      LEONARDO M. RAPADAS
                      United States Attorney
                      Districts of Guam and NMI

By: _/s/ Karon V. Johnson_
        KARON V. JOHNSON
        Assistant U.S. Attorney

# IN THE UNITED STATES DISTRICT COURT
# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 06-00002 |
| Plaintiff, ) | |
| vs. ) | **VERDICT FORM** |
| ANDREW VELASCO TOVES, ) | |
| Defendant. ) | |

We, the Jury, in the above-entitled cause unanimously find the defendant, ANDREW VELASCO TOVES, Violation of Title 18, United States Code, Section 922(j), Possession of a Stolen Firearm:

/ / NOT GUILTY

/ / GUILTY

DATED this _____ of March, 2006, at Agana, Guam.

_____
FOREPERSON