ORIGINAL

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorneys
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Agana, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM
MAR - 1 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ANDREW VELASCO TOVES,<br><br>    Defendant. | CRIMINAL CASE NO. 06-00002<br><br>**GOVERNMENT'S REQUEST FOR USE OF COURT'S EQUIPMENT** |

The Government hereby request the use of the Court's Digital Evidence Presentation System, at the trial in the above referenced matter beginning March 7, 2006.

RESPECTFULLY SUBMITTED this 1st day of March, 2006.

                                LEONARDO M. RAPADAS
                                United States Attorney
                                Districts of Guam and NMI

By: _____
       KARON V. JOHNSON
       Assistant United States Attorney