LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorneys
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Agana, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for United States of America

**FILED**
DISTRICT COURT OF GUAM

MAR -2 2006 ap

MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 06-00002 |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | **Re: March 1, 2006** |
| vs. ) | **United States' Request for** |
| ) | **Use of Court's Equipment** |
| ANDREW VELASCO TOVES, ) | |
| ) | |
| Defendant. ) | |

Through a request by the Government to use the Court's Digital Evidence Presentation System at the trial beginning on March 16, 2006;

**IT IS SO APPROVED AND ORDERED** this 2nd day of March 2006.

JOAQUIN V.E. MANIBUSAN, JR.
U. S. Magistrate Judge

**ORIGINAL**