# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam  96910**

| | |
|---|---|
| USA,<br><br>    Plaintiff,<br><br>vs.<br><br>Andrew Velasco Toves,<br><br>    Defendant. | Case No. 1:06-cr-00002<br><br><br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *Order Setting Hearing filed March 2, 2006*, on the dates indicated below:

*U.S. Attorney's Office*          *Federal Public Defender*
*March 2, 2006*                   *March 3, 2006*

I, Marilyn B. Alcon, declare under the penalty of perjury that on the above listed date(s) the:

*Order Setting Hearing filed March 2, 2006*

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: March 3, 2006                    /s/ Marilyn B. Alcon
                                            Deputy Clerk