AToves.AXL

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
MAR - 6 2006
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 06-00002 |
| Plaintiff, | |
| vs. | **UNITED STATES' AMENDED EXHIBIT LIST** |
| ANDREW VELASCO TOVES, | |
| Defendant. | |

COMES NOW the United States and hereby files with the Court an amended exhibit list, including a third exhibit, defendant's statement, in addition to the two originally proposed.

Respectfully submitted this 6th day of March, 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

By: _____
KARON V. JOHNSON
Assistant U.S. Attorney

## UNITED STATES' EXHIBIT LIST

| NO. | DESCRIPTION | Date Identified | Date Admitted |
|---|---|---|---|
| 1) | .22 Winchester Model 9422 Lever-Action Rifle | _____ | _____ |
| 2) | Photograph of house in Malojloj | _____ | _____ |
| 3) | Statement of defendant | _____ | _____ |