JOHN T. GORMAN
Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 310
Mongmong, Guam 96927
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for defendant
ANDREW VELASCO TOVES

FILED
DISTRICT COURT OF GUAM
MAR -7 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 06-00002 |
| | ) | |
| Plaintiff, | ) | DEFENDANT'S PROPOSED EXHIBIT |
| | ) | LIST |
| vs. | ) | |
| | ) | |
| ANDREW VELASCO TOVES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

COMES NOW defendant, ANDREW VELASCO TOVES, by and through his counsel, John T. Gorman, Federal Public Defender, to identify the exhibits that the defendant expects may be used in the trial in this matter. Defendant reserves the right to supplement this list as the use of other exhibits becomes known or other tangible items become available.

| LTR. | DESCRIPTION | Date Identified | Admitted |
|------|-------------|-----------------|----------|
| A. | Statement of Vanessa Castro dated 5/28/05 (4 pages) | _____ | _____ |
| B. | Statement of Vanessa Castro dated 6/6/05 (2 pages) | _____ | _____ |
| C. | Statement of David Torres dated 5/28/05 (2 pages) | _____ | _____ |
| D. | Guam Police Department Report of Anthony J. Aguon dated 7/1/05 (4 pages) | _____ | _____ |

DATED: Mongmong, Guam, March 7, 2006.

_____
JOHN T. GORMAN
Attorney for defendant
ANDREW VELASCO TOVES