JOHN T. GORMAN
Federal Public Defender
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
ANDREW VELASCO TOVES

**FILED**
DISTRICT COURT OF GUAM
MAR -7 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR 06-00002 |
| ) | |
| Plaintiff, ) | CERTIFICATE OF SERVICE |
| ) | |
| vs. ) | |
| ) | |
| ANDREW VELASCO TOVES, ) | |
| ) | |
| Defendant. ) | |

I, RENATE DOEHL, hereby certify that a true and exact copy of the exhibit lists was duly hand-delivered to the following on March 7, 2006:

KARON V. JOHNSON
Assistant United States Attorney
Sirena Plaza
108 Hernan Cortez, Ste. 500
Hagatna, Guam 96910

Attorney for Plaintiff
UNITED STATES OF AMERICA

DATED: Mongmong, Guam, March 7, 2006.

RENATE DOEHL
OPERATIONS ADMINISTRATOR