DISTRICT COURT OF GUAM
TERRITORY OF GUAM
MINUTES - TRIAL



**FILED**
DISTRICT COURT OF GUAM
MAR -7 2006
MARY L.M. MORAN
CLERK OF COURT

**CASE NO. CR-06-00002**  **DATE: 03/07/2006**

*********************************************************************

HON. JAMES L. ROBART, Designated Judge, Presiding
Court Reporter: Wanda Miles
Electronically Recorded: 9:41:18 - 10:46:55
11:10:25 - 11:40:12; 11:48:51 - 12:05:38
1:43:29 - 3:02:13; 3:32:18 - 4:20:51

Law Clerk: NONE PRESENT
Courtroom Deputy: Virginia T. Kilgore
CSO: B. Benavente / P. Taijeron / J. Lizama

************************ **APPEARANCES** ****************************

**DEFT: ANDREW VELASCO TOVES**
( X ) PRESENT  ( ) CUSTODY  ( X ) BOND  ( ) P.R.

**ATTY : JOHN GORMAN**
( X ) PRESENT  ( ) RETAINED  ( X ) FPD  ( ) CJA APPOINTED

U.S. ATTORNEY: KARON JOHNSON

AGENT: KEN TORRES, ATF

U.S. PROBATION:

U.S. MARSHAL:

INTERPRETER: _____   ( ) SWORN   LANGUAGE: _____

*********************************************************************

### DAY NO. _1_ OF TRIAL

( X ) JURY TRIAL
( X ) JURY EMPANELED AND SWORN
( X ) OPENING STATEMENT BY THE  _X_ Plaintiff  _X_ Defendant
( X ) WITNESSES SWORN AND EXAMINED     ( X ) EXHIBITS MARKED AND ADMITTED
          SEE ATTACHED EXHIBIT AND WITNESS LIST, AO FORM 187 (and 187A, when applicable)
(  ) CLOSING ARGUMENT BY THE ____Plaintiff  ____Defendant
( X ) TRIAL CONTINUED TO: March 8, 2006 at 1:30 p.m.
(  ) JURY CHARGED BY COURT
(  ) JURY DELIBERATE AT_____   (  ) JURY RETURNS VERDICT AT:_____
(  ) JURY VERDICT: _____
(  ) JURY POLLED    (  ) POLLING WAIVED    (  ) JURY DISCHARGED
(  ) COURT FINDINGS: _____

(  ) OTHER MATTER(s):

Parties stipulated to Government's Exhibit 1A, a photograph of the gun, to be presented to the jury during deliberation. The Court addressed a note received from Juror No. 3. Parties had no objection to Juror No. 3 remaining on the panel.

Mr. Gorman argued a Rule 29 motion. Ms. Johnson argued her position on the motion. The Court took the motion under advisement.

# UNITED STATES DISTRICT COURT

DISTRICT OF     GUAM

| UNITED STATES OF AMERICA | EXHIBIT AND WITNESS LIST |
|---|---|
| V. ANDREW VELASCO TOVES | Case Number: CR-06-00002 |

| PRESIDING JUDGE<br>JAMES L. ROBART | PLAINTIFF'S ATTORNEY<br>KARON JOHNSON | DEFENDANT'S ATTORNEY<br>JOHN GORMAN |
|---|---|---|
| HEARING DATE (S)<br>MARCH 7, 2006 | COURT REPORTER<br>WANDA MILES | COURTROOM DEPUTY<br>VIRGINIA T. KILGORE |

| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | | | | | | Opening Statement by Ms. Johnson |
| | | | | | | Opening Statement by Mr. Gorman |
| | | | | | | **2:03:16 ANTHONY J. AGUON, called and sworn** |
| | | | | | | DX by Ms. Johnson |
| | 1 | | | 3/7/06 | | .22 Winchester Model 9422 Lever-Action Rifle |
| | | | | | | 2:08:10 End of DX |
| | | | | | | 2:08:20 - 2:15:23 CX by Mr. Gorman |
| | | | | | | 2:15:30 - 2:16:17 Re-DX by Ms. Johnson |
| | | | | | | 2:16:20 - 2:17:24 Re-CX by Mr. Gorman |
| | | | | | | 2:17:31 Witness Excused |
| | | | | | | **2:17:35 VANESSA M. CASTRO, called and sworn** |
| | | | | | | DX by Ms. Johnson |
| | 1 | | | 3/7/06 | | .22 Winchester Model 9422 Lever-Action Rifle |
| | | | | | | 2:32:46 End of DX |
| | | | | | | 2:33:00 CX by Mr. Gorman |
| | | A | | 3/7/06 | | Statement of Vanessa Castro dated 5/28/05 (4 pages) |
| | | B | | 3/7/06 | | Statement of Vanessa Castro dated 6/6/05 (2 pages) |
| | | | | | | 2:46:40 End of DX |
| | | | | | | 2:46:45 - 2:50:56 Re-DX by Ms. Johnson |
| | | | | | | 2:51:04 Re-CX by Mr. Gorman |
| | | A | | 3/7/06 | | Statement of Vanessa Castro dated 5/28/05 (4 pages) |
| | | | | | | 2:54:02 End of Re-CX |
| | | | | | | **2:54:09 JOHN QUINTANILLA, called and sworn** |
| | | | | | | DX by Ms. Johnson |
| | 1 | | | 3/7/06 | | .22 Winchester Model 9422 Lever-Action Rifle |
| | 1A | | | 3/7/06 | | Photograph of .22 Winchester Model 9422 Lever-Action Rifle |
| | | | | | | **3:02:13 - 3:32:18 Break** |
| | | | | | | Continued DX by Ms. Johnson |
| | 1A | | 3/7/06 | 3/7/06 | 3/7/06 | .22 Winchester Model 9422 Lever-Action Rifle |
| | 3 | | 3/7/06 | 3/7/06 | 3/7/06 | Statement of defendant |
| | | | | | | 3:41:37 End of DX |
| | | | | | | 3:41:45 - 3:44:39 CX by Mr. Gorman |
| | | | | | | 3:44:47 - 3:45:38 Re-DX by Ms. Johnson |
| | | | | | | 3:45:41 - 3:45:54 Re-CX by Mr. Gorman |
| | | | | | | **3:46:00 ANN MARIE MORRISON, called and sworn** |
| | | | | | | DX by Ms. Johnson |
| | 2 | | | 3/7/06 | | Photograph of house in Malojloj |

| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | | | | | | PRESIDING JUDGE: JAMES L. ROBART — PLAINTIFF'S ATTORNEY: KARON JOHNSON — DEFENDANT'S ATTORNEY: JOHN GORMAN |
| | | | | | | HEARING DATE(S): MARCH 7, 2006 — COURT REPORTER: WANDA MILES — COURTROOM DEPUTY: VIRGINIA T. KILGORE |
| | 1 | | | 3/7/06 | | .22 Winchester Model 9422 Lever-Action Rifle |
| | | | | | | 3:56:38 End of DX |
| | | | | | | 3:56:52 CX by Mr. Gorman |
| | 2 | | | 3/7/06 | | Photograph of house in Malojloj |
| | | | | | | 3:59:56 End of CX |
| | 2 | | 3/7/06 | 3/7/06 | 3/7/06 | Photograph of house in Malojloj (Offered by Ms. Johnson) |
| | | | | | | **4:02:40 KEN TORRES, called and sworn** |
| | 1 | | 3/7/06 | 3/7/06 | 3/7/06 | .22 Winchester Model 9422 Lever-Action Rifle |
| | | | | | | *Objection as to form of question. Sustained.* |
| | | | | | | 4:04:52 - 4:05:57 CX by Mr. Gorman |
| | | | | | | Government rests |
| | | | | | | *A and B offered into evidence by Mr. Gorman. Ms. Johnson objected as to the grounds.* |
| | | | | | | **4:09:50 Jurors excused** |
| | | | | | | *The Court admitted defendant's exhibits A and B.* |
| | | | | | | Defense rests |
| | | | | | | **4:20:43 End - Day 1** |