JUROR # 1

I know some-one in the audience we work in the same department

FILED
DISTRICT COURT OF GUAM
MAR -7 2006
MARY L.M. MORAN
CLERK OF COURT