Juror No. 3

I need to talk to the Judge

Patricia A. Camacho

I want to let you know that I have a son in the police officer, Felixberto M. Camacho Jr.

FILED
DISTRICT COURT OF GUAM
MAR -7 2006
MARY L.M. MORAN
CLERK OF COURT

CR-06-00002
USA vs. Andrew Velasco Toves