3-7-06
#05    3:32 pm

Please contact
Steve Chargualaf
Spouse 828-0055

Check of Kenny
still in the
hospital?

**FILED**
DISTRICT COURT OF GUAM
MAR - 7 2006
MARY L.M. MORAN
CLERK OF COURT