Atoves. CER

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for United States of America

**FILED**
DISTRICT COURT OF GUAM
MAR - 8 2006
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT

## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 06-00002 |
| Plaintiff, | |
| vs. | **CERTIFICATE OF SERVICE** |
| ANDREW VELASCO TOVES, | |
| Defendant. | |

I, CARMELLETA SAN NICOLAS, working in the United States Attorney's Office, hereby certify that on March 8, 2006, I caused to be served by facsimile service, an unfiled copy of the foregoing document: **United States' Addendum Concerning Defendant's Motion to Dismiss**, to the following counsel:

John T. Gorman
Federal Public Defender
Federal Public Defender Service
400 Route 8, Suite 501
Mongmong, Guam 96910

FAX: 472-7120

_____
CARMELLETA SAN NICOLAS
Secretary to the U.S. Attorney and
First Assistant