

**FILED**

DISTRICT COURT OF GUAM

MAR - 8 2006

MARY L.M. MORAN
CLERK OF COURT

**CASE NO. CR-06-00002**         **DATE: 03/08/2006**

********************************************************************

**HON. JAMES L. ROBART, Designated Judge, Presiding**          Law Clerk: NONE PRESENT

Court Reporter: Wanda Miles          Courtroom Deputy: Virginia T. Kilgore

**Electronically Recorded: 1:43:22 - 3:06:34**          CSO: B. Benavente / P. Taijeron / L. Ogo

**4:43:04 - 4:45:03**

* * * * * * * * * * * * * * * * * * * * * * * **A P P E A R A N C E S** * * * * * * * * * * * * * * * * * * * * * * * * *

**DEFT: ANDREW VELASCO TOVES**          **ATTY : JOHN GORMAN**

( X ) PRESENT   ( ) CUSTODY   ( X ) BOND   ( ) P.R.          ( X ) PRESENT   ( ) RETAINED   ( X ) FPD   ( ) CJA APPOINTED

**U.S. ATTORNEY: KARON JOHNSON**          **AGENT: KEN TORRES, ATF**

**U.S. PROBATION:**          **U.S. MARSHAL: V. ROMAN / D. PUNZALAN**

**INTERPRETER:** _____          ( ) SWORN          **LANGUAGE:** _____

********************************************************************

**DAY NO. 2 OF TRIAL**

**( X ) JURY TRIAL**

**( ) JURY EMPANELED AND SWORN**

**( ) OPENING STATEMENT BY THE ___ Plaintiff ___ Defendant**

**( ) WITNESSES SWORN AND EXAMINED          ( ) EXHIBITS MARKED AND ADMITTED**

    SEE ATTACHED EXHIBIT AND WITNESS LIST, AO FORM 187 (and 187A, when applicable)

**( X ) CLOSING ARGUMENT BY THE  X  Plaintiff   X   Defendant**

**( X ) TRIAL CONTINUED TO: MARCH 9, 2006 at  9:00 A.M.**

**( X ) JURY CHARGED BY COURT**

**( X ) JURY DELIBERATE AT  3:04 P.M          ( ) JURY RETURNS VERDICT AT:_____**

**( ) JURY VERDICT:** _____

**( ) JURY POLLED   ( ) POLLING WAIVED      ( ) JURY DISCHARGED**

**( ) COURT FINDINGS:** _____

**( ) OTHER MATTER(s):**