Your Honor,

The jury cannot come to an agreement and we are at impasse. What are our options?

FILED
DISTRICT COURT OF GUAM
MAR -9 2006
MARY L.M. MORAN
CLERK OF COURT

*R. Gamboa* (signature)