Your Honor,

May we please see the transcript.

Thank you

R. Gambon

There is not a typed transcript of the trial. You may request to have the court reporter read back a portion of a witnesses' testimony.

*[signature]*

---

CR-06-00002
**USA vs. ANDREW VELASCO TOVES**