Did Andrew find the gun in Umatac at his sister's house or at the Morrison's house in Malojojo?

**FILED**

DISTRICT COURT OF GUAM

MAR - 9 2006

MARY L.M. MORAN
CLERK OF COURT

The court cannot answer this question. The jury should rely on the juror's recollection (and notes) of the testimony presented during the trial.