Your honor,

We have reach a verdict

*Remy Gamboa*

**FILED**
DISTRICT COURT OF GUAM
MAR - 9 2006
MARY L.M. MORAN
CLERK OF COURT

---

CR-06-00002
USA vs. ANDREW VELASCO TOVES
Case 1:06-cr-00002   Document 43   Filed 03/09/2006   Page 1 of 1