DISTRICT COURT OF GUAM
TERRITORY OF GUAM
MINUTES - TRIAL



FILED
DISTRICT COURT OF GUAM
MAR -9 2006
MARY L.M. MORAN
CLERK OF COURT

**CASE NO. CR-06-00002**     **DATE: 03/09/2006**

HON. JAMES L. ROBART, Designated Judge, Presiding       Law Clerk: NONE PRESENT
Court Reporter: Wanda Miles                              Courtroom Deputy: Virginia T. Kilgore
**Electronically Recorded: 11:35:16 - 11:41:46**         CSO: B. Benavente / P. Taijeron
**1:44:33 - 1:53:08; 3:25:00 - 3:28:58**

**************************APPEARANCES**************************

**DEFT: ANDREW VELASCO TOVES**                          **ATTY: JOHN GORMAN**
( X ) PRESENT  ( ) CUSTODY  ( X ) BOND  ( ) P.R.        ( X ) PRESENT ( ) RETAINED ( X ) FPD ( ) CJA APPOINTED

U.S. ATTORNEY: KARON JOHNSON                            AGENT: KEN TORRES, ATF

U.S. PROBATION:                                         U.S. MARSHAL: V. ROMAN / D. PUNZALAN / C. MARQUEZ

INTERPRETER: _____     ( ) SWORN    LANGUAGE: _____

## DAY NO. 3 OF TRIAL

( X ) JURY TRIAL
(   ) JURY EMPANELED AND SWORN
(   ) OPENING STATEMENT BY THE ___ Plaintiff ___ Defendant
(   ) WITNESSES SWORN AND EXAMINED       (   ) EXHIBITS MARKED AND ADMITTED
     SEE ATTACHED EXHIBIT AND WITNESS LIST, AO FORM 187 (and 187A, when applicable)
(   ) CLOSING ARGUMENT BY THE ___ Plaintiff ___ Defendant
(   ) TRIAL CONTINUED TO: _____ at _____
(   ) JURY CHARGED BY COURT
( X ) CONTINUED JURY DELIBERATION AT   9:00 A.M.
( X ) JURY RETURNS VERDICT AT:  3:25 P.M.
( X ) JURY VERDICT:  NOT GUILTY
(   ) JURY POLLED    ( X ) POLLING WAIVED    (   ) JURY DISCHARGED
(   ) COURT FINDINGS: _____

( X ) OTHER MATTER(s):

**The Court DENIED the Rule 29 motion as moot.**