

**DISTRICT COURT OF GUAM**
**TERRITORY OF GUAM**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 06-00002 |
| Plaintiff, | |
| vs. | **VERDICT FORM** |
| ANDREW VELASCO TOVES, | |
| Defendant. | |

We, the Jury, in the above-entitled case unanimously find the Defendant, ANDREW VELASCO TOVES, in violation of Title 18, United States Code, Section 922(j), Possession of Stolen Firearm:

(X) NOT GUILTY

( ) GUILTY

DATED this 9th day of March 2006, at Hagåtña, Guam.

_____
FOREPERSON