# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____**GUAM**_____

UNITED STATES OF AMERICA

V.

**ANDREW VELASCO TOVES**

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: **CR-06-00002**

The Defendant was found not guilty. IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

**FILED**
DISTRICT COURT OF GUAM
MAR -9 2006
MARY L.M. MORAN
CLERK OF COURT

_____[signature]_____
Signature of Judge

**JAMES L. ROBART, DESIGNATED JUDGE**
Name and Title of Judge

**MARCH 9, 2006**
Date