# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| USA,<br><br>    Plaintiff,<br><br>vs.<br><br>Andrew Velasco Toves,<br><br>    Defendant. | Case No. 1:06-cr-00002<br><br><br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the ***Judgment of Acquittal filed March 9, 2006***, on the dates indicated below:

| *U.S. Attorney's Office* | *Federal Public Defender* | *U.S. Probation Office* | *U.S. Marshals Service* |
|---|---|---|---|
| *March 10, 2006* | *March 13, 2006* | *March 10, 2006* | *March 10, 2006* |

I, Leilani R. Toves Hernandez, declare under the penalty of perjury that on the above listed date(s) the:

***Judgment of Acquittal filed March 9, 2006***

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: March 13, 2006         /s/ Leilani R. Toves Hernandez
                       Deputy Clerk