## UNITED STATES DISTRICT COURT

## NOTICE REGARDING UNITED STATES PASSPORT FOR CRIMINAL DEFENDANT

**TO:** United States Department of State
Office of Passport Policy and Advisory Services
2100 Pennsylvania Avenue, NW, 3rd Floor
Washington, D.C. 20037

**FROM:** Carmen D. O'Mallan, U.S. Probation Officer
District of Guam
2nd Floor, U.S. Courthouse
520 West Soledad Avenue
Hagatna, Guam 96910



**FILED**
DISTRICT COURT OF GUAM

MAR 15 2006

MARY L.M. MORAN
CLERK OF COURT

[X] **Original Notice**                    [X] **Notice of Disposition**

| | | | |
|---|---|---|---|
| Date: | **January 5, 2006** | Date: | **March 9, 2006** |
| By: | **Joaquin V.E. Manibusan, Jr.** <br> **Magistrate Judge** | By: | **James L. Robart** <br> **Designated U.S. District Judge** |

| | | | |
|---|---|---|---|
| Defendant: | **TOVES, Andrew Velasco** | Case Number: | **CR 06-00002-001** |
| Date of Birth: | **XX-XX-1983** | Place of Birth: | **Guam** |
| SSN: | **XXX-XX-5343** | | |

**NOTICE OF COURT ORDER** (Order Date: **January 5, 2006**)

[X] The above-named defendant is not permitted to apply for the issuance of a passport during the pendency of this action.

[ ] The above-named defendant surrendered Passport Number _____ to the custody of the **U.S. District Court on Guam.**

**NOTICE OF DISPOSITION**

The above case has been disposed of and the above order of the court is no longer in effect.

[X] Defendant not convicted — Document returned to defendant.

[ ] Defendant not convicted — Document enclosed for further investigation due to evidence that the document may have been issued in a false name.

[ ] Defendant convicted — Document and copy of Judgment enclosed.

Distribution:
Original to Clerk of Court
Original to Case File
Department of State
Defendant (or Representative)