DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ANDREW VELASCO TOVES,<br><br>    Defendant. | CRIMINAL CASE NO. 06-00002<br><br>**RECEIPT OF EXHIBITS** |

    I hereby acknowledge receipt of the following exhibit(s) in the above-entitled case, which are listed herein.

[ X ] Government's      [ ] Defendant's      [ ] Joint

**EXHIBIT NO.**     **DESCRIPTION**

See attached United States' Amended Exhibit List

_____
Signature

EVANGELYN PHAPS
Name

6-5-08
Date

UNITED STATES ATTORNEYS OFFICE
Office/Firm Receiving Exhibits

AToves.AXL

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM
MAR - 6 2006
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 06-00002 |
| Plaintiff, ) | |
| vs. ) | **UNITED STATES' AMENDED EXHIBIT LIST** |
| ANDREW VELASCO TOVES, ) | |
| Defendant. ) | |

COMES NOW the United States and hereby files with the Court an amended exhibit list, including a third exhibit, defendant's statement, in addition to the two originally proposed.

Respectfully submitted this 6th day of March, 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

By: /s/ KARON V. JOHNSON
KARON V. JOHNSON
Assistant U.S. Attorney

## UNITED STATES' EXHIBIT LIST

| NO. | DESCRIPTION | Date Identified | Date Admitted |
|---|---|---|---|
| 1) | .22 Winchester Model 9422 Lever-Action Rifle | 3-7-06 | |
| 2) | Photograph of house in Malojloj | 3-7-06 | |
| 3) | Statement of defendant | 3-7-06 | 3-7-06 |
| 1A) | Photograph of .22 Winchester Model 9422 Lever-Action Rifle | 3-7-06 | 3-7-06 |